

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00538-CR

Joseph Garren **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 22-07-0254-CRA
Honorable Jennifer Dillingham, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. Appellant's pro se motion claiming ineffective assistance of counsel is DISMISSED.

SIGNED November 19, 2025.

_____
Adrian A. Spears II, Justice